UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   AU:17-CR-00202(1)-RP |
| | § | |
| (1) Kevin Charleston Allen Harris Jr. | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On January 7, 2025, the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant Kevin Charleston Allen Harris Jr., which alleged that Harris violated a condition of his supervised release and recommended that Harris 's supervised release be revoked (Clerk's Document No. 59).  A warrant issued and Harris was arrested.  On September 19, 2025, Harris appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Harris appeared before the magistrate judge on October 03, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on October 03, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Harris, the magistrate judge recommends that this court revoke Harris supervised release and that Harris be sentenced to imprisonment for 9 months,

adjusted for the 268 days he served in state custody, with a term of 2 years of supervised release to follow the term of imprisonment (Clerk's Document No. 77).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On October 03 2025, following the hearing on the motion to revoke supervised release, all parties orally waived Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge. The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 77 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant Kevin Charleston Allen Harris Jr. 'sterm of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant Kevin Charleston Allen Harris Jr. be imprisoned for 9 months adjusted for the 268 days he served in state custody, followed by a two year term of supervised release. All prior conditions of supervised release are reimposed.

Signed this 6th day of October, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE