UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
November 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____KK_____
DEPUTY

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:17-CR-00202(1)-RP |
| | § | |
| | § | |
| (1) Kevin Charleston Allen Harris, Jr. | § | |

## AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 6, 2025, the Court issued an Order Accepting Report and Recommendation of the United States Magistrate Judge (Clerk's Document No. 78). The Court **HEREBY AMENDS AND CLARIFIES** the order as follows:

Before the court is the above styled and numbered cause. On January 7, 2025, the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant Kevin Charleston Allen Harris Jr., which alleged that Harris violated a condition of his supervised release and recommended that Harris's supervised release be revoked (Clerk's Document No. 59). A warrant issued and Harris was arrested. On September 19, 2025, Harris appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Harris appeared before the magistrate judge on Friday, October 3, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed her report and recommendation on October 3, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Harris, the magistrate judge recommends that this court revoke

1

Harris's supervised release and that Harris be sentenced to imprisonment for 9 months, adjusted for the 268 days he served in state custody, with a term of 2 years of supervised release to follow the term of imprisonment (Clerk's Document No. 77). Because three days elapsed before the Court adopted the magistrate judge's recommendation on Monday, October 6, 2025, the Court construes the recommendation as a sentence of time served.

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a de novo review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n*, 79 F.3d1415 (5th Cir. 1996) (en banc). The parties in this cause were properly notified of the consequences of a failure to file objections.

On October 3 2025, following the hearing on the motion to revoke supervised release, all parties orally waived Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge. The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 77 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant Kevin Charleston Allen Harris Jr.'s term of supervised release is hereby REVOKED.

2

**IT IS FURTHER ORDERED** that Defendant Kevin Charleston Allen Harris Jr. be sentenced to **time served**, followed by a two year term of supervised release. All prior conditions of supervised release are reimposed.

**SIGNED** on November 20, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE